

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DANIEL M. LINCHEY, ESQ., CA Bar #111739
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for E. Lynn Schoenmann, Trustee

Signed and Filed: July 8, 2014

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

MICHAEL STEVEN YIP and GLORIA WEI YIP,

Debtors.

Case No. 13-32656-HLB

Chapter 7

**ORDER DIRECTING PRODUCTION OF
DOCUMENTS BY DEBTORS PURSUANT TO BANKRUPTCY RULE 2004**

Upon the application of E. Lynn Schoenmann, Trustee, for an order directing Michael Steven Yip and Gloria Wei Yip, the debtors herein ("Debtors") to produce documents for inspection and photocopying pursuant to the provisions of Rule 2004 of the Federal Rules of Bankruptcy Procedure, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Debtors shall produce the following documents at the law offices of Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, 44 Montgomery Street, Suite 850, San Francisco, CA 94104 on July 30, 2014 at 10:00 a.m.

    1.    All documents regarding the Debtors' request for modification of the Bank of America loan ("Residence First Mortgage") secured by first deed of trust against the real property located at 2429 Trenton Drive, San Bruno, California 94066 (the "Residence") , including without limitation,

-1-

the Debtors' loan modification application and supporting documents and any written communications, including emails, regarding same.

2. All documents evidencing the status of the Residence First Mortgage as of December 19, 2013 (the "Petition Date"), including without limitation, mortgage statement, Notice of Default, or foreclosure documents.

3. All documents evidencing the current status of the Residence First Mortgage.

4. All documents regarding the Debtors' request for modification of the Bank of America or Green Tree loan ("Residence Second Mortgage") secured by a second deed of trust against the Residence, including without limitation, the Debtors' loan modification application and supporting documents and any written communications, including emails, regarding same.

5. All documents evidencing the status of the Residence Second Mortgage as of the Petition Date, including without limitation, mortgage statement, Notice of Default or foreclosure documents.

6. All documents evidencing the current status of the Residence Second Mortgage.

7. All documents regarding the Debtors' request for modification of the Wells Fargo Bank loan ("Condo Mortgage") secured by the real property located at 837 Southwood Boulevard, #15, Incline Village, Nevada ("Incline Village Condo"), including without limitation, the Debtors' loan modification application and supporting documents and any written communications, including emails, regarding same.

8. All documents evidencing the status of the Condo Mortgage as of the Petition date, including without limitation, mortgage statement, Notice of Default or foreclosure documents.

9. All documents evidencing the current status of the Condo Mortgage.

10. All account statements for any bank, investment or financial accounts in the name of Michael Yip and/or Gloria Yip, for the period December 19, 2012 to the present, not previously produced to the Trustee, including without limitation, accounts held at International and Commercial Bank of China, Patelco Credit Union (account no. 621454-40); Bank of America (account no. ending 0450), Golden I Credit Union and J.P. Morgan Chase.

11. All account statements for any bank, investment or financial accounts held by Michael Steven Yip and/or Gloria Wei Yip for the benefit of, or as custodian for, Eric Justin Yip, including without limitation the UTMA account held at Charles Schwab & Co. (collectively, the "Eric Yip Accounts") for the period beginning January 1, 2012 to the present.

12. All documents evidencing the source of funds held in the Eric Yip Accounts which were used to purchase the real property located at 4659 Kathleen Denise Lane, Reno, Nevada 89503 (the "Reno Property").

13. All account statements for any bank or investment accounts held by Michael Steven Yip and/or Gloria Wei Yip for the benefit of, or as custodian for, Andrew Franklin Yip, including without limitation the UTMA account held at Charles Schwab & Co. (collectively, the "Andrew Yip Accounts"),

14. All documents evidencing the source of funds held in the Andrew Yip Accounts which were used to purchase the real property located at 4659 Kathleen Denise Lane, Reno, Nevada 89503 (the "Reno Property").

15. All documents evidencing the original source of the $80,000 in cash transferred to the E & A Property Trust on or about January 12, 2014.

16. All documents evidencing the $35,000 loan from Christopher N. Jackson or the Christopher N. Jackson Trust to the Debtors, the Debtors' children or the E & A Property Trust used to purchase the Reno Property and the terms of that loan.

17. All account statements for any Pacific Western Bank account held in the name of Gloria Wei Yip, including without limitation, Certificate of Deposit No. 141185, for the period December 19, 2013 to the present.

18. All documents evidencing that accounts or property held in the name of Gloria Wei Yip are held in trust or for the benefit of Angela S. Deer.

19. Account statements for all retirement accounts of Michael Steven Yip for the period December 19, 2013 to the present, including without limitation, those held at Fidelity Investments, Charles Schwab & Co., and Vanguard.

20. Account statements for all retirement accounts of Gloria Wei Yip for the period December 19, 2013 to the present.

21. All documents evidencing that the funds in the Fidelity, Charles Schwab and Vanguard accounts are retirement funds.

22. HOA statements for the Incline Village Condo for all periods since the Petition Date.

23. An accounting showing the use and/or disposition of post-petition rent collections for the Incline Village Condo, including without limitation, copies of cancelled checks.

24. Account statements for any credit cards held by the Debtors for the period covering December 2013 and January 2014, including without limitation, American Express, REI VISA and Bank of America VISA.

**END OF ORDER**

## COURT SERVICE LIST

Michael Steven Yip
2429 Trenton Drive
San Bruno, CA 94066-2822

Gloria Wei Yip
2429 Trenton Drive
San Bruno, CA 94066-2822